1

2

3

4

5

6 **UNITED STATES DISTRICT COURT**

7 **DISTRICT OF NEVADA**

8 * * *

9 JOEY KADMIRI,                                         )
                                                      )
10               Plaintiff(s),                         )        Case No. 2:11-cv-857-RLH-PAL
                                                      )
11       vs.                                           )        **O R D E R**
                                                      )        (Motion for Default Judgment–#6)
12 JASON RICH,                                          )
                                                      )
13               Defendant(s).                         )
   _____ )

14

15          Before the Court is Plaintiff's Motion for Default Judgement (#6, filed September 7,

16 2011).  Inasmuch as the motion is totally without merit, and the Defendant has not been properly

17 served, the Court will not await a response.

18          Attached to the Motion is what Plaintiff claims is a "Summons–Proof of Service."

19 What the document actually is an INMATE MONEY RELEASE form of the Las Vegas Metropolitan

20 Police Department, on which Plaintiff has written the words, "Summons-Proof of Service."  The

21 document is neither a summons nor proof of service.

22          Even had there been an appropriate summons and complaint served upon (not mailed

23 to) the Defendant Jason Rich, according to the Federal Rules of Civil Procedure, the first step would

24 be a request for entry of default and then, once that was entered, and appropriate motion, supported by

25 affidavits and evidence to establish that a default judgment should be entered.  The document attached

26 to the Motion as Exhibit A does none of that.

1

1    IT IS THEREFORE ORDERED that Plaintiff's Motion for Default Judgement (#6) is

2  DENIED.

3    Dated: September 12, 2011.

4

5    _____
     **Roger L. Hunt**

6    **United States District Judge**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2